## Synopsis
## (Complaint)

| Name: | Thadius C. Wind |
|---|---|
| Address: (City & State Only) | Eddington, Maine |
| Year of Birth and Age: | 1974 (50 years old) |
| Violations: | Transmitting threatening interstate communication, 18 U.S.C. § 875(c). |
| Penalties: | Not more than 5 years imprisonment, not more than a $250,000 fine. (Class D felony) 18 U.S.C. §§ 875(c), 3559(a). |
| Supervised Release: | Not more than 3 years. 18 U.S.C. § 3583(b)(2). |
| Maximum Term of Imprisonment for Violation of Supervised Release: | Not more than 2 years. 18 U.S.C. § 3583(e)(3). |
| Maximum Add'l Term of Supervised Release for Violation of Supervised Release: | Not more than 3 years, less term of imprisonment imposed upon revocation. 18 U.S.C. § 3583(h). |
| Defendant's Attorney: | To be assigned. |
| Primary Investigative Agency and Case Agent Name: | FBI: Sean Murphy, Special Agent |
| Detention Status: | Warrant requested |
| Foreign National: | No |
| Foreign Consular Notification Provided: | N/A |
| County: | Penobscot |
| AUSA: | Alisa Ross |
| Guidelines apply? | Yes |
| Victim Case: | Yes |
| Corporate Victims Owed Restitution? | No |

1

| **Assessments:** | $100 assessment, 18 U.S.C. § 3013(a)(2)(A). |