AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Maine

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Thadius C. Wind | )    Case No. 1:25-mj-00021-JCN |
| *Defendant* | ) |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* **THADIUS C. WIND** ,

who is accused of an offense or violation based on the following document filed with the court:

❑ Indictment    ❑ Superseding Indictment    ❑ Information    ❑ Superseding Information    ☑ Complaint
❑ Probation Violation Petition    ❑ Supervised Release Violation Petition    ❑ Violation Notice    ❑ Order of the Court

This offense is briefly described as follows:

Title 18, United States Code, Section 875(c)

Date and time issued:    11:39 am, Jan 24 2025

City and state:    Bangor , ME

*Judge's signature*

John C Nivison  U.S. Magistrate Judge
*Printed name and title*

| **Return** |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____             _____<br>*Arresting officer's signature* |
|             _____<br>*Printed name and title* |