UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 1:25-mj-00021-JCN |
| ) | |
| THADIUS C. WIND, ) | |
| ) | |
| Defendant ) | |

ORDER OF TEMPORARY DETENTION PENDING HEARING
ON PRELIMINARY HEAING AND MOTION FOR DETENTION

The Defendant appeared before me on March 25, 2025, and requested a preliminary hearing and a hearing on the Government's Motion for Detention (ECF No. 7). It is **ORDERED** that a preliminary hearing pursuant to F. R. Civ. P. 5.1 and a hearing on the Government's Motion for Detention pursuant to 18 U.S.C. § 3148 are continued, upon the request and consent of the Defendant, to a date and time to be scheduled by the Clerk, and to be held at 202 Harlow St., Bangor, Maine. The Defendant shall be held in custody by the United States Marshal pending the continued hearing and shall be produced for the hearing.

Dated: March 25, 2025

/s/ Karen Frink Wolf
United States Magistrate Judge